UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRUZ ALEJANDRO SALAZAR SERRANO,<br>Petitioner,<br>v.<br>WARDEN, et al.,<br>Respondents. | No. 1:26-cv-02346-DAD-SCR (HC)<br><br>ORDER DIRECTING STATUS REPORT |

On June 10, 2026, the assigned magistrate judge issued findings and recommendations in this action recommending that petitioner's petition for writ of habeas corpus (Doc. No. 1) be denied without prejudice because, until June 18, 2026, petitioner was subject to mandatory detention pursuant to 8 U.S.C. § 1231(a)(2). (Doc. No. 10 at 3.) On June 22, 2026, the court received a notification that the mail service of those findings and recommendations was returned to the court as undeliverable. Accordingly, because the mandatory detention period under § 1231(a)(2) has elapsed and in light of the status of service on petitioner, the court DIRECTS respondents to file a status report no later than July 15, 2026, advising the court whether petitioner remains in federal immigration detention.

IT IS SO ORDERED.

Dated: **July 13, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE